# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LETICIA SANDOVAL-HERNANDEZ,<br><br>　　　　　　　Defendant. | Case No. 99CR0818-JO<br><br>Booking No. 42635-198<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States and good cause having been shown, the Court grants the United States' motion to dismiss without prejudice the Indictment in the above-entitled case against defendant Leticia Sandoval-Hernandez. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 6/13/2022

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE